NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

**DEBORAH L. SAUL, LAURA VASSAR, ET AL., LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET AL., ROBERT LEE TAYLOR, ET AL., AND DAWN HENRY,**
*Plaintiffs,*

AND

**RAYMOND CERMAK, SR., (ACTING INDIVIDUALLY AND UNDER A POWER OF ATTORNEY FOR STANLEY F. CERMAK, SR.), MICHAEL STEPHENS, ET AL., JESSE CERMAK, ET AL., DENISE HENDERSON, DELORES KLINGBERG, SALLY ELLA ALKIRE, PIERRE ARNOLD, JR., AND GETRUDE GODOY ÈT AL.,**
*Plaintiffs,*

AND

**JOHN DOES 1-30, WINONA C. THOMAS ENYARD, AND ELIZABETH T. WALKER,**
*Plaintiffs,*

AND

**FRANCINE GARREAU, ET AL.,**
*Plaintiffs,*

AND

**FRANCIS ELAINE FELIX,**
*Plaintiff,*

AND

**JOHN DOES 1-433,**

*Plaintiffs,*

AND

**KE ZEPHIER, ET AL.,**
*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,·**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiff,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

## JULIA DUMARCE, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## KRISTINE ABRAHAMSON,
*Plaintiff-Cross-Appellant,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for a 21-day extension of time, until May 25, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wood R. Foster, Jr., Esq.
     Scott Allen Johnson, Esq.
     Garrett J. Horn, Esq.
     Jack E. Pierce, Esq.
     Elizabeth T. Walker, Esq.
     Nicole Nachtigal Emerson, Esq.
     Frances Elaine Felix
     James Lawrence Blair, Esq.
     Douglas R. Kettering, Esq.
     Philip William Morgan
     Rebecca Elizabeth Felix
     Bernard Joseph Rooney, Esq.
     Erick G. Kaardal, Esq.
     Creighton A. Thurman, Esq.
     Kelly Stricherz, Esq.
     Larry B. Leventhal, Esq.
     Robin L. Zephier, Esq.
     Gary John Montana, Esq.
     Randy Vern Thompson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2012

JAN HORBALY
CLERK

John L. Smeltzer, Esq.

s21